11/14/20

United States District
Court District of Oregon

6:20-cv-02043-SB

Amended Complaint

Lane County Jail is in violation of O.R.S. 169.076. Not administer any physical punishment to any prisoner at any time. Also is a violation of our Eight Amendment: Cruel & unusual punishment.

Cruel & unusual punishment may include unsafe working or living conditions. This can include exposure to human waste. (An inmate who is in Seg/med in Cell E-02 or 03 used to be in 3 South with me also & wouldn't come out for weeks. When i said something to the deputys that he can't live in there like that, they moved him into a clean cell & had him shower. The inmate workers who cleaned that cell said on audio, There is poop on the floor.) Mid Oct.

Or non-functioning plumbing, exposure to asbestos or toxic waste, unsafe food, filthy cells, (I went to Seg on 11/5/20, I notice on 11/8/20 in other people cells 1, 2, 4, 6 it was dirty with food on floor & what not. So I wrote a kite to the Sgt's & told them, these Mental Health people can't live like this, they should get clean cells. The guy in 6 was the guy with me on

3 South in Cell 13, I told you about. 30 mins Later they All got Moved into a Clean Cell. On 11/9/20 at 3:20 Am Me & that guy got Moved to Med Side, I was in E-01 & he was in 2 or 3.)

Or extreme temperatures (The Cells were Cold, really Cold. It was Colder at night & it didn't help that the Vents is Blowing out Cold Air. & they Deny Me a extra Cover. It's even cold up on 3 South Also. I'm in a War about it Right Now. They are Winning Because I have No Voice & other Inmates are to scared to stand up Because they see how i get Treated.)

I'm Back up on 3 South & I Feel I Let the People in Seg down. I Feel they are Being Treated Poorly. On 11/10/20 I wrote a Kite in Seg on my Dayroom to the Sgt saying tomorrow will Be Day 4, Inmates in Cell 1 & 4 have Been in the same Dirty Cell & ask for them to Be Moved again in to a Clean Cell. I didn't get that Kite Back but I was Moved the next Day to Intake.

Please Listen to this & do Something. The Shower in Seg (the Hole) comes out Hard & in a Straight Line, Like a Power Wash (I have it on Audio a Deputy & I Talking about it & him saying he'll Put a work order in) & All Cells in Seg/med has Cam in it so you can see I'm not Lying if you get it from 11/5 – 11/11 & Befor & After these dates, when i wasn't there)

I have Been in 7 housing area/Pods & All Those Shower Come out Like a Soft Mist. We Shouldn't Be Treated that way & I hope You Look into & Change things. Please remember People Lie, Inmates as well as Deputys. But I'm not asking You to Take my word. I asking You to Watch the Video's. I was in Seg For 15min Watch, not Because i was in trouble.

I hope to hear From You
&
Things Change.

Thank You